Kimberly Ann SHREVE,
Plaintiff–Appellant,

v.

Kristen Lynn FETTER; Colon Willoughby, Jr.; Tina Hoagland Byrd; Wake County Sheriff's Office, Defendants–Appellees.

No. 13–2301.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 23, 2014.

Kimberly Ann Shreve, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Ann Shreve appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shreve v. Fetter*, No. 5:13–cv–00354–H (E.D.N.C. Oct. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*